UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GWENDOLYN BROWN, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:18-cv-506 |
| | ) | |
| v. | ) | Judge Curtis L. Collier |
| | ) | |
| GENWORTH LIFE & ANNUITY | ) | Magistrate Judge H. Bruce Guyton |
| INSURANCE COMPANY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

Before the Court is Defendant's motion for summary judgment. (Doc. 17.) Plaintiff has responded in opposition (Doc. 23), and Defendant has replied (Doc. 28). Plaintiff has also filed a supplemental brief pursuant to Local Rule 7.1(d) (Doc. 58), and Defendant has filed a response (Doc. 64). In addition, the Court granted leave for sur-reply briefing, and accepted Plaintiff's proposed amended summary judgment response as her sur-reply brief (Doc. 69). (*See* Doc. 68.) Defendant has filed a response to the sur-reply brief. (Doc. 78.)

For the reasons outlined in the accompanying memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Doc. 17). Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All other pending motions (Docs. 31, 82, 91) are **DENIED AS MOOT**. There being no remaining issues, the Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
/s/ *John L. Medearis*
CLERK OF COURT